*rcpt: 15000 7888*

*28*

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

HOUSE OF ROYAL BALL BEY MINISTRY

Case: 2:23−cv−12905
Assigned To : Berg, Terrence G.
Referral Judge : Altman
Assign. Date : 11/15/2023
Description: CMP HOUSE OF
ROYAL BALL BEY MINISTRY V. SCHNEIDERMAN & SHERMAN
P.C ET AL (MC)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

Jury Trial:  ☒ Yes  ☐ No
*(check one)*

**v.**

Schneiderman & Sherman P.C. with Neil Sherman, ESQ; Peter Schneiderman, ESQ,; Rocket Mortgage,   LLC f/k
ALL UNKNOWN ALL UNNAMED and DOES 1-50

*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

# **Complaint for a Civil Case**

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | HOUSE OF ROYAL BALL BEY MINISTRY |
| Street Address | 43313 Woodward Avenue 1303 |
| City and County | Bloomfield Hills |
| State and Zip Code | MI near [48302usa] without the United States |
| Telephone Number | |
| E-mail Address | usss1429@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Schneiderman & Sherman P.C. Attorneys' assumed names Neil Sherman, ESQ; Peter Schneiderman, ESQ |
| Job or Title (if known) | law firm and attorneys' |
| Street Address | 23838 Research Drive Suite 300 |
| City and County | Farmington Hills |
| State and Zip Code | MI 48335 |
| Telephone Number | 248 539 7400 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Rocket Mortgage, LLC f/k/a Quicken Loans LLC |
| Job or Title (if known) | third party |
| Street Address | Brian Brown, CFO/Treasurer/indenture trustee; 1050 Woodward Avenue, |
| City and County | Detroit |
| State and Zip Code | MI 48226-1906. |
| Telephone Number | (866) 229-0862 |
| E-mail Address (if known) | |

| Defendant No. 3 | | |
|---|---|---|
| | Name | CITIBANK, N.A. (Buyer) Rocket Mortgagage<br>By: /s/ Arunthathi Theivakumaran |
| | Job or Title<br>(if known) | third party of interest |
| | Street Address | P.O. Box 6500 |
| | City and County | Sioux Falls |
| | State and Zip Code | SD 57117 |
| | Telephone Number | |
| | E-mail Address<br>(if known) | |

| Defendant No. 4 | | |
|---|---|---|
| | Name | MERS-Mortgage Electronic Registration System |
| | Job or Title<br>(if known) | computer system |
| | Street Address | P.O. Box 2026 |
| | City and County | Flint |
| | State and Zip Code | MI 48501- 2026 |
| | Telephone Number | tel. (888) 679-MERS. |
| | E-mail Address<br>(if known) | |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Defendant 5 Quantum Homes, LLC, Victor Pliskin, George Fink, Ms Maria Sol
        1560 S. Dixie Highway, Coral Gables, Florida 331

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

a.     If the plaintiff is an individual
The plaintiff, *(name)* _____,
is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation
The plaintiff, *(name)* HOUSE OF ROYAL BALL BEY MINISTRY   ,
is incorporated under the laws of the State of *(name)*
unincorporated religious organization   , and has its principal place of business in the
State of *(name)* Gods Covenent           .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.     If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. Or is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

    3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$150,000,000 use of estate and violation of PMA

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

AFFIDAVIT OF WANT OF AUTHORITY

In this cause, the affiant/attorney-in-fact, reginald: house of Ball of decedent/defendant, and respondent, makes oath and affirm before god, that i has a good reason to believe, and does believe, and actions to foreclose on property documented under my The House of Royal Bey Ministry for the benefit of my Estate that so-called Law firm Schneiderman & Sherman P.C. Attorneys' assumed names Neil Sherman, ESQ, and Peter Schneiderman, ESQ, for Rocket Mortgage, LLC by agreement with Citibank, N.A. inclusive of Brian Brown, CFO/Treasurer and assumed indenture Trustee, for the MERS Min #100039033477839983 account number one of the same securitized as 3347783998, for a Note issued October 24, 2015 and Mortgage by Quicken Loan Inc also documented as MERS Min 3347783998/60958956, findings both are not/is not a loan but verified as a security agreement, which removes all actions from any form of a foreclosure posted for November 14, 2023, required to CEASE AND DESIST, or this firm and all parties will be liable for Securities Fraud. Whereby the Note and Mortgage are under review with the United States Treasury and Internal Revenue Service and Upon finial approval issued $249,725.38 (two hundred and forty nine thousand seven hundred and twenty five dollars and thirty-eight cents) shall be documented Paid in full. But, that does not remove the matters of securities fraud, whereby a 3949a is attached, and the required form 1098F from this firm to document that it was issued to the Estate. Which as of this date there has been no receipt. Whereby there is NO form providing my interest from th e estate, which renders the PROBATE court the proper court for dispute of use of the decent estate the parties are REQUIRED to provide verification this matter was NOT securitized, which would make it a loan. If this is a Loan, then an explanation is required to be provided by the INDENTURE TRUSTEE, not the attorney, not the allege lender.. this the 3949a again is proper.

Thereby, the Notice of Foreclosure by Advertisement attached and issued for full settlement and closure with clean hands. The foreclosure action must be removed immediately from public record, and this action vacated. Thereby th e law firm has 24 hours to Cease and Desist or provide verification of a Loan or a Security. Failure and actions to cont inue with foreclosure will render said 3949a and 1098F for securities fraud and tax fraud investigation on said dece dent estate immediately.

Wherefore affiant prays the Court to require so-called Law firm Schneiderman & Sherman P.C. Attorneys' assumed na mes Neil Sherman, ESQ, and Peter Schneiderman, ESQ, for Rocket Mortgage, LLC by agreement with Citibank, N.A. incl usive of Brian Brown, CFO/Treasurer and assumed indenture Trustee, for the MERS Min #100039033477839983 account number one of the same securitized as 3347783998, for a Note issued October 24, 2014 and Mortgage by Quicken Loan Inc also documented as MERS Min 3347783998/60958956, to produce and exhibit their authority to act as complainant's Solicitor(s) in this cause, with oath of office, W9, and authority to double dip on a duplicate warrant that was s atisfied/settled and REMOVE FORECLOSURE SALE on the public record.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

AFFIDAVIT OF TRUTH of CLAIM

"Indeed, no more than (affidavit) is necessary to make the prima facie case." United States v. Kis, 658 F.2nd, 526, 536 (7th Cir. 19 81); cert Denied, 50 U.S. L.w. 2169; S. ct. March 22, 1982

That i, Minister Reginald A Ball Bey:, a living breathing man, being first duly under oath and affirmed before god, depose and say and declare by my handwriting that the following facts are true, correct and complete to the best of my knowledge and be lief. THAT, there is fraud upon the Court as this matter was not documented as a probate proceeding, it was documented as a Mortgage Loan, but in fact it is a Security $112 Million (see attached) by use of the CUSIP numbers, without permission of the Trademark, and affidavit by special deposit documented unto the Court 'Record.' THAT, the Court administrators are engaged i n Extortionate Extensions of Credit as they have sold the case payment intangibles and payment tangibles to an undisclosed third party purchaser for value in the money markets. THAT, the CUSIPs are evidence that the Court case has been Securitized a nd there has occurred a breach of Fiduciary Duties on the Courts administrators part as they have collectively failed to dischar ge their contractual duties. THAT, all crimes are commercial pursuant to 27 CFR §72.11, and 18 USC §242 and §1519. THAT, the liti gation has failed to produce an expert eyewitness with tangible evidence to this case of the Trademark, as the Constitution gi ves affiant the right to deny use of USPTO Mark and demanded exculpatory evidence of the accusers, and failed to disclose th e use of personal identification to create such instrument. THAT, any discrimination or injury caused to the People of the State of Michigan by the action to continue with an unlawful foreclosure on an allege loan when in-fact is a security failing CEASE A ND DESIST will move for 3949a, 1098F and other forms to be issued for Securities Fraud, Mortgage Fraud, and this cause with p rejudice for failure to state a claim for which relief could be granted agrees to such injuries and to the associated damages a s established by the Affiant and the State, by and through its agents by said agreement, is estopped from defense or rebuttal in the matter and agrees that the Affiant may proceed by Tort for damages. THAT, this Affidavit if not rebutted point for point b y any man, representing the Michigan die jure at any level, in any matter, at any time within 24 days upon receipt, due to fact s ale is documented tomorrow, these facts stand as true in both the private and public record... as true. Upon action of the Law

## V.    Certification and Closing

~~~~ them an opportunity to cure. PMA issued upon unlawful act of foreclosure $25K Retainer and $5k her hour min due $150,000,000 which includes state/federal taxes and land returned immediately

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/14/2023                        , 20_____.

Signature of Plaintiff          _R. Ball_____

Printed Name of Plaintiff     see attached_____

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

NOTICE OF CLAIM OF RIGHT OF SUBROGATIONFOR COURT BONDS

ATTACHMENT A  CUSIP

ATTACHMENT B  NOTE & MORTGAGE ACCEPTED AND ACKNOWLEGED/SETTLED IN FULL

ATTACHMENT C  REFUSE FOR CAUSE/CEAST AND DESIST VIOLATION OF PMA

ATTACHMENT D REQUIRED DOCUMENT REQUEST FOR EXCULPATORY EVIDENCE WITHING 5 DAYS UPON RECEPT

7

### Notice Of Appointment Of Fiduciary(s)
**NOTICE OF CLAIM OF RIGHT OF SUBROGATIONFOR MORTGAGE BONDS FOUND WITH**

From:  House of Royal Ball Bey Ministry
*c/o Minister Reginald Ball-Bey*:
**Re**: Decedent Estate: REGINALD ANTHONY BALL
43313 Woodward Avenue, #1309, Bloomfield Hills, Michigan Republic [Zip Exempt]

To:  Quantum Homes LLC
Attn: Maria Sol trustee for benefit of Estate of HOUSE OF ROYAL BALL BEY MINISTRY
1560 S. Dixie Highway
Carol Gables, Florida 33164

CC:  Janet L. Yellen, United States Secretary of The Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

Francisco Pare's-Alcea, Secretary of The Treasury Department of the Treasury
10 Paseo Covadonga
San Juan, PR 00901-2613

Danny Werfel, Commissioner of the Internal Revenue Service
1111 Constitution Avenue, N.W.
Washington, D.C. 20224

Re:  **Violation** by Schneiderman & Sherman P.C. with Neil Sherman, ESQ; Peter Schneiderman, ESQ,; Rocket Mortgage,  LLC f /k /a Quicken Loans LLC; Citibank, N.A.; Brian Brown; MERS- Mortgage Electronic Registration System, **Quantum Homes, LLC, Victor Pliskin, George Fink, Maria Sol**, and ALL UNKNOWN ALL UNNAMED and DOES 1-50
**Decedent**: HOUSE OF ROYAL BALL BEY MINISTRY.
**All matters of Note-Numbers' etc....:**

**FACT**: Claim Of Right Of Subrogation For All Bond, Notes, Securities Found in Fund with CUSIP: 38148U767

1.  Notice Of Fair Warning RE: CUSIP:  38148U767 In ®Note Bond # **3347783998**

**Notice Of Appointment Of Fiduciary(s)**: Quantum Homes LLC, Internal Revenue Service Commissioner, Secretary of the Treasury for Washington District of Columbia & San Juan, Puerto Rico *successors and/or assigned*

### Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent

Dear Maria Sol trustee for benefit of Estate of HOUSE OF ROYAL BALL BEY MINISTRY,

*i* want to thank all parties involved in their unlawful actions by all Referenced above, by forcing an education upon *me*, that has changed *my* world view. *i* now know that the only true government is with the people and what is posing as government is just a corporation, and you are just a corporation with

HOUSE OF ROYAL BALL BEY MINISTRY
-V-
Schneiderman & Sherman P.C. with Neil Sherman, ESQ; Peter Schneiderman, ESQ,.
Rocket Mortgage,  LLC f /k /a Quicken Loans LLC; Citibank, N.A.; Brian Brown;
MERS- Mortgage Electronic Registration System, Quantum Homes, LLC,
Victor Pliskin, George Fink, Maria Sol and ALL UNKNOWN ALL UNNAMED and DOES 1-50      1 of 4
CLAIM
OF
RIGHT OF SUBROGATION 11/13/2023

## Notice Of Appointment Of Fiduciary(s)
### NOTICE OF CLAIM OF RIGHT OF SUBROGATIONFOR MORTGAGE BONDS FOUND WITH

no authority over the people without the use of deceit. It is unconscionable and a disgrace to our Country.

All failed to review all areas and respond to Fair Warning Letter which granted *me* an Undisputed Issued Claim Of Right Of Subrogation in writing.

With this notice *ye* asking the Court (all parties involved) to provide all requirements for them to show standing to address *me* in any court of law, and why they continue to use *my* Trademark, violate my trust, and their Failure to respond due to the fact that they could not properly respond due to the extent of their fraud, *i had* refused for cause the matter and have not heard from them. On the morning of 11/14/2014 they continued a sale on REGINAL A. BALL when the property is in the name of HOUSE OF ROYAL BALL BEY MINISTRY, which the Court is to document on their records. In law this action the Respondent(s) has/have violated my declaration of rights and continue with several violations of law. Thereby i request my title reinstated stolen from my trust, by Respondents unlawful actions whereby whoever knowingly alters, destroys, mutilates, conceals, covers up, falsifies, or makes a false entry in any record, document, or tangible object with the intent to impede, obstruct, or influence the investigation or proper administration of any matter within the jurisdiction of any department or agency of the United States or any case filed under title 11, or in relation to or contemplation of any such matter or case, shall be fined under this title, imprisoned not more than 20 years, or both. Where the action before this court is documented in good faith, in support and verified by Attachment A. Which was Not documented in said unlawful action.

The all Respondent(s) documented above should have considered the following facts:
- Tender of payment was issued to settle all debt and accepted and acknowledged, and the action of a foreclosure continues, whereby $249,725.38 is required to be returned to me.
- False Foreclosure action on 11/14/2023 – by use of a decedent trademark, Supreme Court has upheld the violations by an act of Peonage (Case Law) infringement is a crime.
- No Victim – *ye* have a right to face *an* accuser, who is the individual that was harmed by a decedent?.
- Bond was set on a Decedent name, without *my* permission nor participation, is infringement.
- Authority of Bond request information on Trademark previously submitted was not answered.
- Violation of Fourth Amendment rights – The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized..
- Violation of Human Rights, Declaration of Rights, Indigenous Rights, Right to speak, Right to freedom, via false identity enforced on a *living flesh and blood* under duress and threat.
- *ye* have refuted the 12 presumptions of any court, in writing, unanswered, undisputed.
- The Respondent(s) had not proven jurisdiction, instead pursued an unlawful foreclosure and are now liable by PMA.
- All law firms involve has not demonstrated Probable Cause for their action, Validates their own personal interest in the matter with use of a Faulty claim to steal my property, most important respondents have withheld exculpatory evidence from all records, which would have vacated the matter from the start. Under this federal law, falsifying, concealing, or covering up any material fact can lead to statutory fines and up to five years of federal imprisonment.

HOUSE OF ROYAL BALL BEY MINISTRY

-V-

Schneiderman & Sherman P.C. with Neil Sherman, ESQ; Peter Schneiderman, ESQ,.
Rocket Mortgage,  LLC f /k /a Quicken Loans LLC; Citibank, N.A.; Brian Brown;
MERS- Mortgage Electronic Registration System, Quantum Homes, LLC,
Victor Pliskin, George Fink, Maria Sol and ALL UNKNOWN ALL UNNAMED and DOES 1-50     2 of 4

CLAIM
OF
RIGHT OF SUBROGATION 11/13/2023

<u>Notice Of Appointment Of Fiduciary(s)</u>
**NOTICE OF CLAIM OF RIGHT OF SUBROGATIONFOR MORTGAGE BONDS FOUND WITH**

- Obstruction of Justice by Falsifying, concealing, covering up, or destroying or withholding evidence during an investigation is also a federal criminal offense.
- My Status documentation and Settlement documentation served on the parties, which was also not transparent on the public record, is not only theft/now findings double dipping, but a federal criminal offense. The same parties are liable for continued unlawful acts by creation of a CUSIP: 38148U767  In Note Bond # **3347783998**, without my permission for the use of my property, now true securities fraud.
- Forms SF95, 3949a, 1098F for investigation of a crime and ALL are required to provide a W9 and Oath of Office and who gave them the authority to break the law.
- Last but not least 1098f was REQUIRED to be provided, which i am not in receipt of, which now involves violation of the taxes on this account and required to return back to the Estate Trust.

As the private beneficial heir and holder as a *living, man* it is *my* responsibility to balance the account of the public legal fiction fraudulently created at birth. My jurisdiction and standing is on the land and soil as *de jure* united states of America, under the Public Law. *ye* am owed pass-through service.

Please find enclosed, to be filed upon completion by the Secretary(s) of Treasury and the Internal Revenue Service Commissioner: **NOTICE OF CLAIM OF RIGHT OF SUBROGATIONFOR MORTGAGE BONDS FOUND WITH  CUSIP:** 38148U767

**PLEASE TAKE NOTICE** that unless *my* claim is processed within the next three (3) days and this case is summarily settled and dismissed with prejudice, my land title is not returned to my trust, *i* will be filing the following:  IRS Form 8281, Form 1096, Form 1098-F, 1099-C inclusive of forms under review with notice provided to Internal Revenue Service: Form 1099-A, Form 1099-B, Form 1099-OID, Form W-4, Form 1041-V on the NOTE Bond CUSIP Numbers: 38148U767 with the Internal Revenue Service. Once submitted and approved, each party will then receive their Copy for their tax accounting and liability. Thereby the matter of unlawful foreclosure is required to be REMOVED and it is the documented fiduciary duty to comply.

**PLEASE TAKE FURTHER NOTICE** that Fiduciary appointments were given 11/15/2023 through due to POSTING on the door 11/14/2023, returned REFUSED FOR CAUSE. Thereby your responsibility to settle this matter, promptly. All are required to provide proof of Accounting and verification of said accounting and comply with transfers and further accounts set up as provided and exhibited for our community.

Please be guided accordingly, given for a patent right, in good faith and with clean hands.

Thank you for your prompt attention to this matter.


Praise *ye* the lord,                                            /s/ House of Royal Ball Bey Ministry


HOUSE OF ROYAL BALL BEY MINISTRY
-V-
Schneiderman & Sherman P.C. with Neil Sherman, ESQ; Peter Schneiderman, ESQ,.
Rocket Mortgage,  LLC f /k /a Quicken Loans LLC; Citibank, N.A.; Brian Brown;
MERS- Mortgage Electronic Registration System, <u>Quantum Homes, LLC,</u>
<u>Victor Pliskin, George Fink, Maria Sol</u> and ALL UNKNOWN ALL UNNAMED and DOES 1-50     3 of 4     **RIGHT OF SUBROGATION** 11/13/2023

**CLAIM
OF**

**Notice Of Appointment Of Fiduciary(s)**
NOTICE OF CLAIM OF RIGHT OF SUBROGATIONFOR MORTGAGE BONDS FOUND WITH

## NOTICE OF CLAIM OF RIGHT OF SUBROGATION
## FOR COURT BONDS; PROMISSORY NOTE BONDS; & SECURITY ISNTRUYMENTS
## FOUND WITH CUSIP: 38148U767

*Affidavit*

House of Royal Ball Bey Ministry c/o *Minister Reginald Ball-Bey*: state national, a living man of sound mind of the age of accountability/majority hereinafter, declare the following facts to be true, correct, complete, and not misleading concerning any possible commercial liability for the vessel/Cestui Que Vie trust REGINALD ANTHONY BALL.

The Respondent(s) hereinafter you or you.

i became aware that you have created security, using my equity without my knowledge or permission.

* See MASTER KEY OF EXPLANATION FOR CUSIP REPORT

Since it appears, by the evidence secured, that you are using my equity as surety for bonding Note Bond # **3347783998**, i hereby exercise my right of subrogation on the above securities.

As victim, it appears that i am being treated like a trustee of a constructive trust without ever being expressly informed of the nature of my presumed status. But in fact, you are the trustee.

Are there tax records concerning the transfer of this security or any other transfers?

Your actions are Deprivation of rights under color of law:

"Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both;"

i demand that the bond be brought forward and that the proceeds from said bond be used to set off and settle all allegations concerning MERS MIN# equals Note Bond # **3347783998**, created by unlawful acts without my permission.

If you are subject and liable to [18 USC §472 and §1519] which bars you from talking about anything related to the securities generated by this case number, then it would behoove you to 1. Provide full verification of How you purchased from the Land Trust which was documented on title NOT decedent REGINALD A. BALL which the trust was NOT provided notice, and what form of payment was made to the Trust, thereby you are required to **return** the Title Back to the Title property with prejudice.

Autographed by my hand and sealed this *15th day of November 2023*.

All rights reserved, without prejudice

By: _____
/s/ House of Royal Ball Bey Ministry

,

HOUSE OF ROYAL BALL BEY MINISTRY
-V-
Schneiderman & Sherman P.C. with Neil Sherman, ESQ; Peter Schneiderman, ESQ,.
Rocket Mortgage,  LLC f /k /a Quicken Loans LLC; Citibank, N.A.; Brian Brown;
MERS- Mortgage Electronic Registration System, Quantum Homes, LLC.
Victor Pliskin, George Fink, Maria Sol and ALL UNKNOWN ALL UNNAMED and DOES 1-50    4 of 4

CLAIM
OF
RIGHT OF SUBROGATION 11/13/2023

# ATTACHMENT A

## <u>Your CUSIP Results are as follows:</u>

**REGINAL A BALL (MTG 3347783998 [QUICKEN LOANS])**
**Goldman Sachs Global Real Estate Securities Fund**
Symbol:                         GARGX
CUSIP:                          **38148U767**

Inception Date:                 9/1/2015
Net Assets:                     **$112,557,000.00** as of
                                9/7/2023
Portfolio Assets:               **$112,557,000.00** as of
                                9/7/2023

**A little about the Fund:**

Goldman Sachs Global Real Estate Securities Fund seeks total return by investing in a
portfolio of equity investments in issuers that are primarily engaged in or related to the
real estate industry.



# ATTACHMENT B

MERS MIN: 100039033477839983

# Note

3347783998
Ball, Reginald

October 24, 2015      West Bloomfield      MI
*[Date]*             *[City]*             *[State]*

7956 Billingham Rd
West Bloomfield, MI 48324
*[Property Address]*

**1. Borrower's Promise to Pay**

In return for a loan that I have received, I promise to pay U.S. $ 284,000.00 (this amount is called "Principal"), plus interest, to the order of the Lender. The Lender is Quicken Loans Inc

I will make all payments under this Note in the form of cash, check or money order.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

**2. Interest**

Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest at a yearly rate of 4.500%.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

**3. Payments**

**(A) Time and Place of Payments**

I will pay principal and interest by making a payment every month.

I will make my monthly payment on the 1st day of each month beginning on December 1, 2015. I will make these payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on November 1, 2045, I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

I will make my monthly payments at P.O. Box 6577, Carol Stream, IL 60197
or at a different place if required by the Note Holder.

**(B) Amount of Monthly Payments**

My monthly payment will be in the amount of U.S. $ 1,438.99 .

**4. Borrower's Right to Prepay**

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment." When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my monthly payment unless the Note Holder agrees in writing to those changes.

3289217517
MULTISTATE FIXED RATE NOTE - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services

Form 3200 1/01
VMP5N (1302).01



q03347783998 0140 383 0103

RE 096 152 230 US



**5.  Loan Charges**

If a law, which applies to this loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me which exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

**6.  Borrower's Failure to Pay as Required**

**(A) Late Charge for Overdue Payments**

If the Note Holder has not received the full amount of any monthly payment by the end of Fifteen      calendar days after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be      5.000% of my overdue payment of principal and interest.

I will pay this late charge promptly but only once on each late payment.

**(B) Default**

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

**(C) Notice of Default**

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal which has not been paid and all the interest that I owe on that amount. That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

**(D) No Waiver By Note Holder**

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

**(E) Payment of Note Holder's Costs and Expenses**

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees.

**7.  Giving of Notices**

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Any notice that must be given to the Note Holder under this Note will be given by delivering it or by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

**8.  Obligations of Persons Under this Note**

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

MULTISTATE FIXED RATE NOTE - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services

Form 3200 1/01
VMP5N (1302).01
Page 2 of 3





**9. Waivers**

    I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

**10. Uniform Secured Note**

    This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions are described as follows:

        If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

        If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

*Accepted and acknowledged grantee*

R. Ball

_____ 10/24/2015 *(Seal)*
Reginald A. Ball              **-Borrower**

_____ *(Seal)*
             **-Borrower**

_____ *(Seal)*
             **-Borrower**

_____ *(Sea'')*
             **-Borrowe:**

*[Sign Original Only]*

☐ Refer to the attached *Signature Addendum* for additional parties and signatures.

Loan origination organization Quicken Loans Inc.
NMLS ID 3030
Loan originator Douglas C Hornbuckle
NMLS ID 1332807

MULTISTATE FIXED RATE NOTE - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
VMP ®
Wolters Kluwer Financial Services

Form 3200 1/01
VMPSN (1302).01
Page 3 of 3



q03347783998 0140 383 0303



By: _B. bell_
*beneficiary*

Payable: United States Treasury
EIN 384527015
Tax Period 2023
Form 1040

For presentation to the United States Treasury for redemption or in exchange
for something of value, in accordance with written instructions submitted
By: _____

# MORTGAGE

3347783998
60958956

Return To:
Document Management
Quicken Loans Inc.
1050 Woodward Ave
Detroit. MI  48226-1906

MIN  100039033477839983

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in
Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are
also provided in Section 16.

**(A) "Security Instrument"** means this document, which is dated   October 24, 2015                ,
together with all Riders to this document.

**(B) "Borrower"** is Reginald A. Ball and Leara A. Ball. husband and wife

Borrower's address is 7956 Billingham Rd . West Bloomfield. MI  48324-4715
. Borrower is the mortgagor under this Security Instrument.

MICHIGAN-Single Family-Fannie Mae/Freddie Mac UNIFORM INSTRUMENT WITH MERS          Form 3023 1/01

-6A(MI) (1302).00          3289217540

Page 1 of 15          Initials:_____

VMP Mortgage Solutions, Inc.

q03347783998 0233 385 0115



BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

*Accepted and acknowledged grantee*

Witnesses:

_____

*R. Ball*     10/24/2015 (Seal)
Reginald A. Ball       -Borrower

_____

*Deceased*     10/24/2015 (Seal)
Leara A. Ball       -Borrower

_____ (Seal)     _____ (Seal)
          -Borrower                     -Borrower

_____ (Seal)     _____ (Seal)
          -Borrower                     -Borrower

_____ (Seal)     _____ (Seal)
          -Borrower                     -Borrower





q03347783998 0233 385 1415

By P. Bull *beneficiary*
Payable: United States Treasury
EIN 384527015
Tax Period 2023
Form 1040

For presentation to the United States Treasury for redemption or in exchange
for series of for mining in accordance with written instructions submitted
By:

# ATTACHMENT C

**7956 Billingham Rd, West Blo**

Notice of Foreclosure by Advertisement. Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on November 14, 2023. The amount due on the mortgage may be greater on the day of the sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information. MORTGAGE: Mortgagor(s): Reginald A. Ball and Leara A. Ball, husband and wife Original Mortgagee: Mortgage Electronic Registration Systems, Inc. ("MERS"), solely as nominee for lender and lender's successors and assigns Date of mortgage: October 24, 2015 Recorded on November 2, 2015, Liber 48756, on Page 776, Foreclosing Assignee (if any): Rocket Mortgage, LLC f/k/a Quicken Loans, LLC Amount claimed to be due at the date hereof: Two Hundred Forty-Nine Thousand Seven Hundred Twenty-Five and 38/100 Dollars ($249,725.38) Mortgaged premises: Situated in Oakland County, and described as: LOT 42 BIRCHWOOD PARK NO. 1, ACCORDING TO THE PLAT THEREOF RECORDED IN LIBER 238, PAGE 30 THROUGH 33, OAKLAND COUNTY RECORDS. Commonly known as 7956 Billingham Rd, West Bloomfield, MI 48324 The redemption period will be 6 months from the date of such sale, unless abandoned under MCL 600.3241a, in which case the redemption period will be 30 days from the date of such sale, or 15 days from the MCL 600.3241a(b) notice, whichever is later; or unless extinguished pursuant to MCL 600.3238. If the above referenced property is sold at a foreclosure sale under Chapter 32 of Act 236 of 1961, under MCL 600.3278, the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. Rocket Mortgage, LLC f/k/a Quicken Loans, LLC Mortgagee/Assignee Schneiderman & Sherman P.C. 23938 Research Dr, Suite 300 Farmington Hills, MI 48335 248.539.7400 (10-17)(11-7)

By: _R. Ball_
*beneficiary*

Payable: United States Treasury
For Rocket Companies, Inc.
c/o Quicken Loans Inc.
re: Rocke Mortgage LLC
EIN: 384567015
Tax Period 2023
Form 1040

For presentation to the United States Treasury for redemption or in exchange for something of value jugle in accordance with written instructions submitted By: _R. Ball_



**SCHNEIDERMAN & SHERMAN** P.C.

23938 Research Dr
Suite 300
Farmington Hills, MI
48335

*Telephone:* **248.539.7400**
*Toll Free:* **866.867.7688**

*Facsimile:* **248.539.7401**

www.sspclegal.com
Attorneys@sspclegal.com

## IMPORTANT NOTICES REGARDING THIS CORRESPONDENCE:

(1) SCHNEIDERMAN & SHERMAN, P.C., IS ATTEMPTING TO COLLECT A DEBT, ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.

(2) TO THE EXTENT YOUR ORIGINAL OBLIGATION HAS BEEN DISCHARGED, OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY AND/OR IS NOTICE OF THE CREDITOR'S INTENT TO ENFORCE A LIEN AGAINST THE PROPERTY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

(3) ATTENTION SERVICEMEMBERS AND DEPENDENTS: THE FEDERAL SERVICEMEMBERS' CIVIL RELIEF ACT ("SCRA") AND CERTAIN STATE LAWS PROVIDE IMPORTANT PROTECTIONS FOR YOU, INCLUDING PROHIBITING FORECLOSURE AND/OR EVICTION UNDER MOST CIRCUMSTANCES. IF YOU OR AN INDIVIDUAL IN YOUR HOUSEHOLD UPON WHOM YOU DEPEND ARE CURRENTLY IN THE MILITARY SERVICE, OR WERE RECENTLY DISCHARGED, PLEASE NOTIFY OUR OFFICE IMMEDIATELY. WHEN CONTACTING OUR OFFICE AS TO YOUR MILITARY SERVICE, YOU MUST PROVIDE POSITIVE PROOF AS TO THE SERVICEMEMBER'S MILITARY STATUS. IF YOU DO NOT PROVIDE THIS INFORMATION, YOU OR AN INDIVIDUAL IN YOUR HOUSEHOLD UPON WHOM YOU DEPEND ARE NOT ENTITLED TO PROTECTION UNDER APPLICABLE LAW.

Reginald A. Ball
7956 Billingham Rd
West Bloomfield, MI 48324

October 5, 2023

Reference: 3347783998
Property: 7956 Billingham Rd
West Bloomfield, MI 48324

Dear Reginald A. Ball:

## YOUR MORTGAGE LOAN HAS BEEN REFERRED TO OUR FIRM FOR FORECLOSURE

Rocket Mortgage, LLC has referred your loan to Schneiderman & Sherman P.C. for foreclosure. While the foreclosure process has begun, you might still have foreclosure prevention alternatives available to you.

In order for Rocket Mortgage, LLC to determine whether you qualify for temporary or long-term relief, including options that might allow you to keep your property (forbearance, repayment, modification) or avoid foreclosure (short sale, deed-in-lieu of foreclosure), Rocket Mortgage, LLC must receive the proper information about your situation.

Rocket Mortgage, LLC might have previously sent you a letter advising you of possible alternatives to foreclosure, along with the documents for you to complete and return to Rocket Mortgage, LLC to be evaluated for these alternatives.  If you did not receive or no longer have the documents, or have not returned all of the documents, and would like to be evaluated for these alternatives, please contact Rocket



JS 44 (Rev. 10/20) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

HOUSE OF ROYAL BALL BEY MINISTRY

**DEFENDANTS** Schneiderman & Sherman P.C. with Neil Sherman, ESQ; Peter Schneiderman, ESQ.; Rocket Mortgage, LLC f/k/a Quicken Loans LLC; Citibank, N.A.; Brian Brown; MERS-Mortgage Electronic Registration System, Quantum Homes LLC, Victor Pielhau George Fink

**(b)** County of Residence of First Listed Plaintiff **OKLAND**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [X] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [X] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [X] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
TORT, SECURITIES FRAUD, INFRINGEMENT, WRONGFUL FORECLOSURE, Trust violation

Brief description of cause:
AFFDAVIT OF WANT OF ATHORITY/Subrogation/notice

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND** $ 150,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE
11/14/2023

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?              ☐ Yes
                                                                            ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____


2.          Other than stated above, are there any pending or previously
            discontinued or dismissed companion cases in this or any other   ☐ Yes
            court, including state court? (Companion cases are matters in which   ☒ No
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____


Notes :